BIRD S. COLER, as Commissioner, etc., on Complaint of HENNY HUMANN, Respondent, v. FRANK SCARA, Appellant.— Motion to dismiss appeal denied and appeal set down for argument as a preferred cause on June 3, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.